THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT ZIEGLER, Appellant. [51 NYS3d 517]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered January 14, 2015, convicting defendant, upon his plea of guilty, of criminal sale of controlled substance in the third degree and criminal facilitation in the fourth degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to an aggregate term of six years, with 1½ years of postrelease supervision, unanimously reversed, on the law, the plea vacated, and the matter remanded for further proceedings.

Although the court warned defendant that the enhanced sentence he would, and did, receive, upon his violation of the plea conditions would include a term of postrelease supervision, the court did not specify the length of that term. This entitles defendant to vacatur of the plea (see People v McAlpin, 17 NY3d 936 [2011]). The People's argument regarding preservation is unavailing. The prosecutor's recommendation of a specific term of PRS at certain court appearances, and immediately before sentencing, "was not the type of notice under People v Murray (15 NY3d 725 [2010]) that would require defendant to preserve the issue" (People v Singletary, 118 AD3d 610, 611 [1st Dept 2014]). Concur—Friedman, J.P., Richter, Feinman, Gische and Gesmer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA MOODY, Appellant. [50 NYS3d 869]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ruth Pickholz, J.), rendered June 3, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Richter, Feinman, Gische and Gesmer, JJ.